UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NAUTILUS GROUP INC,

    Plaintiff,

  v.

ALLIANZ GLOBAL RISKS US,

    Defendant.

CASE NO. C11-5281 BHS

ORDER

This matter comes before the Court on the parties' stipulated motion regarding discovery. Dkt. 34.

On June 1, 2012, the parties filed the instant stipulated motion and proposed order. The stipulation governs the format of the production of documents and electronic material. The parties also submitted an attached exhibit that governs the confidentiality of discovery material. The parties incorporated the confidentiality agreement into the stipulation regarding the format of discovery. Dkt. 34 at 1.

For numerous reasons, the undersigned usually declines to enter parties' general agreements governing the confidentiality of documents. The confidentiality agreement

that the parties submitted is a general agreement for all discovery and, therefore, the Court declines to enter it (Dkt. 34, Exh. 1) as an order of the Court.

With regard to the parties' stipulation regarding the format of document production, the Court finds that the subject matter can be addressed as a general matter of discovery. Therefore, the Court grants the stipulated motion (Dkt. 34) **without** incorporation of the confidentiality agreement (Dkt. 34, Exh. 1).

**IT IS SO ORDERED.**

Dated this 5th day of June, 2012.

BENJAMIN H. SETTLE
United States District Judge